IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR311 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | TENTATIVE FINDINGS |
| STEVEN A. HUDSON, | ) ) | |
| Defendant. | ) | |

The Court has received the Presentence Investigation Report ("PSR"), the Defendant's objections thereto (Filing No. 26), the government's adoption (Filing No. 25), and the Defendant's motion for a downward departure or variance (Filing No. 28). *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

*Objections*

The Defendant objects to ¶¶ 26 and 35 (abuse of a position of public or private trust). The objection will be heard at sentencing, and the government has the burden of proof by a preponderance of the evidence.

*Motion*

The Defendant's motion for a downward departure or variance will be heard at sentencing.

IT IS ORDERED:

1. The Defendant's objections to ¶¶ 26 and 35 will be heard at sentencing;

2. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion

challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

3.      Absent submission of the information required by paragraph 3 of this Order, my tentative findings may become final;

4.      Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing; and

5.      The Defendant's motion for a downward departure or variance (Filing No. 28) will be heard at sentencing.

DATED this 16th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge